# AFFIDAVIT

FILED
09/28/2020
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

I, Terrance Alden, HEREBY CERTIFY and DECLARE:

1. I Terrance Alden, currently reside at USP Terre Haute, Indiana, by means of lawful custody of the Bureau of Prisons ("BOP"), by and through the Warden of USP Terre Haute.

2. The sentence imposed was 125 years, for bank robberies while armed.

3. It should be stated that to date I have served 43 years absent any release, further, until 1/2/20, I had no disciplinary reports on record since 1992.

4. Back in 1980-81, I was investigated for the murder of a Moorish Science, disciple. Notably the Captain at USP Marion, had a "usual suspects" policy which included the same 20-25 people locked-up for every incident which occurred, including escape plots and serious acts of violence.

5. I was cleared by the SIS staff and the FBI of any involvement in the death, after plus 90 days in the hole as usual.

6. I was in USP Lewisburg, in 1993, the associate Warden, Don Romney, was at Lewisburg and he was part of the Marion staff involving "usual suspects" lock-ups.

7. In 1993, I was locked-up for investigation of the strangulation murder of Reggie Rudd, a Moorish Science disciple, from D.C. area.

8. Notably Kenny Johnson, and Pete Mocklin, both former Marion prisoners with serious escape histories, were also locked-up, again the "usual suspects" were investigated for 90 days or so.

9. I was in fact cleared by FBI and SIS of any involvement in the murder of Rudd.

10. However, among prisoners (black) Mostly D.C. once you have been accused of something you are guilty but "you beat the case".

11. I have at other prison locations with staff reviewed my case files, and there are "no unsolved bodies" in my files as Ms French, as case manager is charged with knowing.

12. Further, Ms French and I had just had a meeting in order to discuss a possible transfer to FCI, to a dog program.

13. Ms French, stated flatly she would not consider transfer to a lesser custody facility for some time yet, and she admitted some case managers might be willing to do so she was not.

14. Ms French, has made willfully false statements on two disciplinary reports and the guilty findings failed to address documentary evidence i.e., bedbook logs for Challenge Unit and the daily assignment sheets, these papers refute completely any refusal to accept cell mates.

15. I have never refused to accept any cell mate at USP Terre Haute, however, given fact that I will not willingly go to sleep with anyone in the cell, the cell partner's willingness to share a cell with me soon diminishes and they feel uncomfortable.

16. I have requested a complete set of date stamped and codified files which I have presented to the court, reason during shakedowns I stand a good chance of maintaining court stamped documents.

17. The Jan. 2, 2020, lock-up order occurred within (2) two days more or less of the return of the tort claim papers to the institution. These papers have a date stamp signature which verified Alden's signature and the provisions of <u>Houston v Lack</u>, were enabled by the presence of the signatory's date stamp.

18. Today is 9/23/20, today none of Alden's legal files have been recovered or they have not been turned over to Alden, to review, or enable the prosecution of the second tort claim filed #01797, which occurred 5/11/18, during black-out period in cell #209 of F-2 cellblock.

I, Terrance Alden, do HEREBY CERTIFY and ATTEST: that all of the
  Terrance Alden

foregoing statements made by me are true and correct to the best of my personal knowledge and belief. I am aware that if any of the foregoing statements are willfully false, I am subject to the penalty for perjury pursuant to (28 U.S.C. §1746).

DATE: 9/23/20                          BY: Terrance Alden
                                           Terrance Alden

# CERTIFICATE OF SERVICE

I, <u>Terrance Alden</u>, do Hereby CERTIFY and ATTEST; that
Terrance Alden

true and correct copy of the foregoing has been served on:

AFFIDAVIT IN SUPPORT OF MOTION FOR DOCUMENTS TORT CLAIMS and ATTACHMENTS

I respectfully declare that I have delivered this copy to Prison Mails: Legal Mail: CERTIFIED NO# 7018 3090 0002 1668 0029 in accord with provisions announced in <u>Houston v Lack</u>, 487 US 266, 270 (1988) it is deemed filed when delivered to Prison Mails [Postage Prepaid]

I have enclosed one hand scribed copy for the CLERK of the U.S. DISTRICT COURT, for the Southern District of Indiana in order to provide the Honorable Court, with copy as Needed. Further one copy Enclosed for distribution by the CLERK, to OFFICE of U.S. ATTORNEY for the Southern District of Indiana, WOULD the CLERK be so kind.

[TO]: OFFICE of the CLERK
U.S. DISTRICT COURT
105 U.S. COURT HOUSE
46 EAST OHIO St
Indianapolis, IN 46204

DATE 9/23/20

BY: <u>Terrance Alden</u>
Terrance Alden

## CERTIFICATION

I, _Terrance Alden_ (Terrance Alden), do HEREBY CERTIFY and DECLARE:

that all of the foregoing statements made by me are true and correct to the best of my personal knowledge and belief. I am aware that if any of the foregoing statements made by me are willfully false I am subject to the penalty for perjury pursuant to (28 U.S.C. § 1746).

Date: 9/23/20

BY: _Terrance Alden_
Terrance Alden