UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF INDIANA

**FILED**

**10/26/2020**

**U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**Roger A.G. Sharpe, Clerk**

TERRANCE ALDEN,
                Plaintiff,

v.                                    2:20-cv-00479-JPH-DLP

FEDERAL BUREAU of Prisons

## MOTION TO ANNOUNCE CHANGE
## OF ADDRESS

Now comes the Plaintiff, Terrance Alden ("Alden"),
Moving in the action before this Honorable Court, in pro se.
Alden respectfully submits that as of approximately
9:00 P.M. Oct. 14, 2020, Alden was placed in transit
to another U.S.P. facility. At this point, Alden
relies on "BOP" website / inmate locator for to
determine Next facility to actually House Alden.
Alden respectfully states this Notice of
change of address is intended to be in compliance
with the local rules and Fed. R. Civ. P. —
Alden respectfully avers upon arrival at New facility
Alden will make immediate contact to identify address.

Respectfully Submitted
Terrance Alden
Terrance Alden

Date: 10/18/20