UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| TERRANCE ALDEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 2:20-cv-00479-JPH-DLP |
| ) | |
| FEDERAL BUREAU OF PRISONS, ) | |
| UNITED STATES, ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR SUMMARY JUDGMENT

Defendants the United States of America and the Federal Bureau of Prisons, pursuant to Federal Rules of Civil Procedure 56 and Local Rule 56-1, hereby move the Court for an entry of summary judgment in their favor and against plaintiff, Terrance Alden. Defendants show the Court that there is no genuine issue of material fact and they are entitled to summary judgment against Alden as a matter of law because Alden released his claims against the United States and the Federal Bureau of Prisons in a previous settlement agreement and is therefore barred from bringing this action.

In support of this Motion, Defendants incorporate by reference their Brief in Support of Motion for Summary Judgment and designate the Declarations of Alexis McGee and G. Michael Thiel and the attachments thereto as evidence in support of this Motion.

WHEREFORE, Defendants the United States of America and the Federal Bureau of Prisons respectfully request that the Court enter summary judgment in their favor as to Alden's claims against them and for all other just and proper relief.

Respectfully submitted,

ZACHARY A. MYERS  
United States Attorney

By: /s/ *Rachana N. Fischer*  
Rachana N. Fischer  
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2022, a copy of the foregoing was filed electronically. Notice of this filing was also sent by first class U.S. Mail, postage prepaid and properly addressed to the following:

TERRANCE ALDEN
02595-135
MCCREARY - USP
MCCREARY U.S. PENITENTIARY
Inmate Mail/Parcels
P.O. BOX 3000
PINE KNOT, KY 42635

                  */s/ Rachana N. Fischer*
                  Rachana N. Fischer
                  Assistant United States Attorney

Office of the United States Attorney
Southern District of Indiana
10 West Market Street, Suite 2100
Indianapolis, IN 46204