UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| TERRANCE ALDEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 2:20-cv-00479-JPH-DLP |
| | ) | |
| FEDERAL BUREAU OF PRISONS, | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendants. | ) | |

## DECLARATION OF ALEXIS MCGEE

I, Alexis McGee, hereby declare and state the following:

1. I am an Attorney-Advisor at the Federal Correctional Complex in Terre Haute, Indiana (FCC Terre Haute).

2. Pursuant to my official duties, I have access to records maintained by the Federal Bureau of Prisons in the ordinary course of business, including inmate records. I am one of the custodians of said records. All records attached to this declaration are true and correct copies of records kept in the ordinary course of the business of the Federal Bureau of Prisons.

3. Attached hereto as Attachment A is a true and correct copy of the Public Information Inmate Date for Terrance Alden #02595-135.

4. I make this declaration in response to a lawsuit filed by Terrance Alden against the United States and the Federal Bureau of Prisons.

1

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed this 18th day of May, 2022.

Alexis McGee
Attorney-Advisor
FCC Terre Haute