```
THAYG            *         PUBLIC INFORMATION         *      04-13-2021
PAGE 001         *            INMATE DATA             *      10:05:22
                           AS OF 04-13-2021


REGNO..: 02595-135 NAME: ALDEN, TERRANCE KARL

                    RESP OF: MCR
                    PHONE..: 606-354-7000    FAX: 606-354-7190
                                             RACE/SEX...: WHITE / MALE
                                             AGE:   72
PROJ REL MT: TWO THIRDS                      PAR ELIG DT: 08-17-1987
PROJ REL DT: 08-17-2067                      PAR HEAR DT: N/A




G0002        MORE PAGES TO FOLLOW . . .
```

```
   THAYG        *        PUBLIC INFORMATION       *      04-13-2021
PAGE 002        *            INMATE DATA          *      10:05:22
                          AS OF 04-13-2021


REGNO..: 02595-135 NAME: ALDEN, TERRANCE KARL

                    RESP OF: MCR
                    PHONE..: 606-354-7000   FAX: 606-354-7190
THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  08-17-2067 VIA TWO THIRDS

---------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------

COURT OF JURISDICTION...........: MISSOURI, EASTERN DISTRICT
DOCKET NUMBER...................: 77-193 CR(3)
JUDGE...........................: NANGLE
DATE SENTENCED/PROBATION IMPOSED: 11-11-1977
DATE WARRANT ISSUED.............: N/A
DATE WARRANT EXECUTED...........: N/A
DATE COMMITTED..................: 11-12-1980
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO
SPECIAL PAROLE TERM.............:


RESTITUTION...: PROPERTY:  NO   SERVICES:  NO        AMOUNT: $00.00

------------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....:  551     18:2113 ROBBERY BANK
OFF/CHG: COUNTS 1 - 5: ARMED BANK ROBBERY / 18 USC 2113(A) & (D)

 SENTENCE PROCEDURE.............: 4205(A) REG ADULT-ORIG TERM GRTR THAN 1YR
 SENTENCE IMPOSED/TIME TO SERVE.:    125 YEARS
 DATE OF OFFENSE................: N/A

---------------------CURRENT JUDGMENT/WARRANT NO: 020 -----------------------

COURT OF JURISDICTION...........: ILLINOIS, SOUTHERN DISTRICT
DOCKET NUMBER...................: 83-40053
JUDGE...........................: FOREMAN
DATE SENTENCED/PROBATION IMPOSED: 07-06-1983
DATE WARRANT ISSUED.............: N/A
DATE WARRANT EXECUTED...........: N/A
DATE COMMITTED..................: 01-29-1992
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO
SPECIAL PAROLE TERM.............:




    G0002       MORE PAGES TO FOLLOW . . .
```

```
THAYG             *         PUBLIC INFORMATION          *       04-13-2021
PAGE 003          *            INMATE DATA              *       10:05:22
                            AS OF 04-13-2021


REGNO..: 02595-135 NAME: ALDEN, TERRANCE KARL

                     RESP OF: MCR
                     PHONE..: 606-354-7000   FAX: 606-354-7190
RESTITUTION...: PROPERTY: NO  SERVICES: NO       AMOUNT: $00.00

-------------------------CURRENT OBLIGATION NO: 010 --------------------------
 OFFENSE CODE....:  112     18:751 ESCAPE OF FED PRISONR
 OFF/CHG: KNOWINGLY & INTENTIONALLY ATTEMPTING TO ESCAPE FROM USP MARION
          18 USC 751(A)

  SENTENCE PROCEDURE.............: 4205(A) REG ADULT-ORIG TERM GRTR THAN 1YR
  SENTENCE IMPOSED/TIME TO SERVE.:      5 YEARS
  RELATIONSHIP OF THIS OBLIGATION
   TO OTHERS FOR THE OFFENDER....: CS TO 010/010
  DATE OF OFFENSE................: N/A

---------------------CURRENT JUDGMENT/WARRANT NO: 030 -----------------------

COURT OF JURISDICTION...........: MISSOURI, EASTERN DISTRICT
DOCKET NUMBER...................: S1-83-128CR(4)
JUDGE...........................: CAHILL
DATE SENTENCED/PROBATION IMPOSED: 09-07-1984
DATE WARRANT ISSUED.............: N/A
DATE WARRANT EXECUTED...........: N/A
DATE COMMITTED..................: 01-29-1992
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO
SPECIAL PAROLE TERM.............:


RESTITUTION...: PROPERTY: NO  SERVICES: NO       AMOUNT: $00.00

-------------------------CURRENT OBLIGATION NO: 010 --------------------------
 OFFENSE CODE....:  112     18:751 ESCAPE OF FED PRISONR
 OFF/CHG: COUNTS 1 & 2: KNOWINGLY AND WILLFULLY, COMBINE, CONSPIRE, &
          AGREE TO INSTIGATE, AID & ASSIST THE ESCAPE OR PERSONS
          COMMITTED TO THE CUSTODY OF USP MARION / 18 USC 751 & 371

  SENTENCE PROCEDURE.............: 4205(A) REG ADULT-ORIG TERM GRTR THAN 1YR
  SENTENCE IMPOSED/TIME TO SERVE.:     10 YEARS
  RELATIONSHIP OF THIS OBLIGATION
   TO OTHERS FOR THE OFFENDER....: CS TO 010/010
  DATE OF OFFENSE................: N/A




G0002      MORE PAGES TO FOLLOW . . .
```

```
 THAYG         *        PUBLIC INFORMATION         *     04-13-2021
PAGE 004       *           INMATE DATA             *     10:05:22
                         AS OF 04-13-2021

REGNO..: 02595-135 NAME: ALDEN, TERRANCE KARL

                    RESP OF: MCR
                    PHONE..: 606-354-7000    FAX: 606-354-7190

------------------------CURRENT COMPUTATION NO: 010 ------------------------

COMPUTATION 010 WAS LAST UPDATED ON 05-17-2017 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 05-17-2017 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010, 020 010, 030 010

DATE COMPUTATION BEGAN..........: 11-11-1977
AGGREGATED SENTENCE PROCEDURE...: AGGREGATE GROUP 10
TOTAL TERM IN EFFECT............:    140 YEARS
TOTAL TERM IN EFFECT CONVERTED..:    140 YEARS

JAIL CREDIT.....................:      FROM DATE     THRU DATE
                                        08-18-1977    11-10-1977

TOTAL JAIL CREDIT TIME..........: 85
TOTAL INOPERATIVE TIME..........: 0
STATUTORY GOOD TIME RATE........: 10
TOTAL SGT POSSIBLE..............: 16800
PAROLE ELIGIBILITY..............: 08-17-1987
STATUTORY RELEASE DATE..........: 08-18-2071
ELDERLY OFFENDER TWO THIRDS DATE: 12-19-2070
EXPIRATION FULL TERM DATE.......: 08-17-2117
TIME SERVED.....................:       43 YEARS     7 MONTHS    27 DAYS
PERCENTAGE OF FULL TERM SERVED..:  31.1
PERCENT OF STATUTORY TERM SERVED:  47.5




G0002       MORE PAGES TO FOLLOW . . .
```

```
THAYG            *          PUBLIC INFORMATION          *      04-13-2021
PAGE 005 OF 005 *              INMATE DATA              *      10:05:22
                             AS OF 04-13-2021

REGNO..: 02595-135 NAME: ALDEN, TERRANCE KARL

                     RESP OF: MCR
                     PHONE..: 606-354-7000     FAX: 606-354-7190

NEXT PAROLE HEARING DATE........: N/A
TYPE OF HEARING.................: WAIVED

PROJECTED SATISFACTION DATE.....: 08-17-2067
PROJECTED SATISFACTION METHOD...: TWO THIRDS




S0055        NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE
```