UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| TERRANCE ALDEN, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) ) Cause No. 2:20-cv-00479-JPH-DLP ) |
| FEDERAL BUREAU OF PRISONS, UNITED STATES, | ) ) ) |
| Defendants. | ) ) |

### DECLARATION OF G. MICHAEL THIEL

I, G. Michael Thiel, hereby declare and state the following:

1. I am currently employed by the U.S. Attorney's Office for the Middle District of Pennsylvania as the Deputy Civil Chief.

2. Pursuant to my official duties, I have access to records maintained by the U.S. Attorney's Office in the ordinary course of business, including court filings, case files, and other case-related documents. I am one of the custodians of said records.

3. All records attached to this declaration are true and correct copies of records kept in the regular course of the business of the U.S. Attorney's Office:

    a. Complaint [Docket No. 1] filed in *Alden v. Smith et al.*, Case No. 3:05-cv-01083-EMK-LQ (M.D. Pa.);

    b. Order of Dismissal [Docket No. 8] filed in *Alden v. Smith et al.*, Case No. 3:05-cv-01083-EMK-LQ (M.D. Pa.);

    c. Complaint [Docket No. 1] filed in *Alden v. Smith et al.*, Case No. 3:05-cv-01735-EMK-LQ (M.D. Pa.);

    d. Amended Complaint [Docket No. 35] filed in *Alden v. Smith et al.*, Case No. 3:05-cv-01735-EMK-LQ (M.D. Pa.);

    e. Plaintiff's Motion for Temporary Restraining Order [Docket No. 5] filed in *Alden v. Smith et al.*, Case No. 3:05-cv-01735-EMK-LQ (M.D. Pa.);

    f. Brief in Opposition to Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction [Docket No. 13] filed in *Alden v. Smith et al.*, Case No. 3:05-cv-01735-EMK-LQ (M.D. Pa.);

    g. Order on Plaintiff's Motion for Temporary Restraining Order [Docket No. 49] filed in *Alden v. Smith et al.*, Case No. 3:05-cv-01735-EMK-LQ (M.D. Pa.);

    h. Settlement Agreement in *Alden v. Smith et al.*, Case No. 3:05-cv-01735-EMK-LQ (M.D. Pa.).

4. I make this declaration in response to a lawsuit filed by Terrance Alden against the United States and the Federal Bureau of Prisons.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Dated: 5-18-22

G. Michael Thiel
Deputy Civil Chief
United States Attorney's Office for
the Middle District of Pennsylvania