Terance R. Alden
P.O. Box 1000
U.S.P. Lewisburg, P.A. 17837

Office of the Clerk
Mary E. D'Andrea, Clerk
U.S. District Court
Middle District of Pennsylvania
U.S. CourtHouse Suite 218
240 West Third St.
Williamsport, P.A. 17701-6460

FILED
WILLIAMSPORT, PA
JUN 22 2005
MARY E. D'ANDREA, CLERK
Per KLW
DEPUTY CLERK

To Attention of: Deputy Clerks B. Poust + Lois A. Fuller

RE: 3:CV-05-1083 / Alden v Smith, et al

To Deputy Clerks: B. Poust + Lois A. Fuller

I respectfully suggest that I must allow this case to be dismissed without Prejudice. I shall not at this time sign the filing fee requirement. I submit that I have no intention to waste the Court's time. The action was set and sealed in my legal files to preserve the claim for filing. I did not file the Action a staff member here simply placed the addressed package into legal mail.

Noteworthy on 5/3/05, I mailed to your office a notice that administrative remedies requirement were being exploited thru indefinite delay. I have been placed in a segregation unit as of 5/24/05, the day after I received the Bp230(13), back from regional office. Thus to-date I have not be able to advance a Bp231(13), to Central office in Washington. Please note that the 5/3/05, mailing contained all remedies prepared for filing.

ORDER
Case is closed without prejudice at the request of plaintiff. Clerk is directed to close this case. This action is hereby dismissed.

Edwin M. Kosik
United States District Judge

Dated: 6/22/05