UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF INDIANA

FILED
09/06/2022
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

TERRANCE ALDEN,
　　Plaintiff,

v.　　　　　　　　　　　CASE NO. 2:20-CV-00479-JPH-DLP

FEDERAL BUREAU OF PRISONS,
　　Defendant(s).

## NOTICE OF PROBABLE CHANGE OF CUSTODY

NOW COMES, the Plaintiff, Terrance Alden ("Alden"), moving in the action before this Honorable Court, in pro se.

Alden respectfully states that as of Sept. 02, 2022, Alden will very likely be moved from the custody of the Federal Bureau of Prisons ("BOP"), to the custody of the state of New Jersey.

Alden respectfully avers that at the earliest possible time by means of the U.S. Postal Mails, Alden will identify location of custody and address for mailing.

Alden deferentially attests that loss of immediate custody of all legal files, for usually a brief period of time, depending

upon the various institutions procedures for mailing the prisoner's property.

Alden respectfully states this transfer of custody has previously been alleged, then removed until it had been verified by the State of New Jersey, there was no cause to believe the transfer would occur.

Alden humbly submits true papers are attached for the Court hereinafter, "Release to Custody of New Jersey" ONLY.

Alden respectfully attests the address of the institution maintaining custody will be filed with the Office of the Clerk, on the first day mailing stamps become available, this in order to become functional in this litigation.

Respectfully Submitted

Date: 8/26/22      BY: _Terrance Alden_
                       Terrance Alden

I, _Terrance Alden_, do HEREBY CERTIFY and ATTEST: that all of
   Terrance Alden

the foregoing statements made by me are true and correct to the best of my personal knowledge and belief. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to the penalty for perjury pursuant to (28 U.S.C. § 1746).

Date: 8/26/22      BY: _Terrance Alden_
                       Terrance Alden