UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| TERRANCE ALDEN, </br></br>  Plaintiff, </br></br> v. </br></br> FEDERAL BUREAU OF PRISONS, </br> UNITED STATES, </br></br>  Defendants. | Cause No. 2:20-cv-00479-JPH-DLP |

**NOTICE OF SERVICE OF EXPERT REPORT**

In accordance with the Court's Order Setting Pretrial Schedule and Discussing Discovery in Prisoner Litigation (Dkt. No. 82), defendants, the United States of America and the Federal Bureau of Prisons, by counsel, hereby inform the Court that on September 15, 2022, they served their Expert Disclosure on plaintiff, Terrance Alden, by mailing it to his docketed address. Defendants note that Plaintiff was released from BOP custody on September 2, 2022, and that they understand that he is being incarcerated by the State of New Jersey, but Plaintiff has not updated his address on the docket and Defendants could not find an address for him on the State of New Jersey's inmate locator website. Once Defendants obtain Plaintiff's current address, they will re-serve the Expert Disclosure.

Respectfully submitted,

ZACHARY A. MYERS
United States Attorney

By:  /s/ *Rachana N. Fischer*
Rachana N. Fischer
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2022, a copy of the foregoing was filed electronically. Notice of this filing was also sent by first class U.S. Mail, postage prepaid and properly addressed, to the following:

TERRANCE ALDEN
02595-135
MCCREARY - USP
MCCREARY U.S. PENITENTIARY
Inmate Mail/Parcels
P.O. BOX 3000
PINE KNOT, KY 42635

*/s/ Rachana N. Fischer*
Rachana N. Fischer
Assistant United States Attorney

Office of the United States Attorney
Southern District of Indiana
10 West Market Street, Suite 2100
Indianapolis, IN 46204